# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MAIDEN,<br><br>Defendant. | Case No. 2:11-cr-00046-APG-VCF<br><br>**ORDER DENYING OBJECTION TO PRIOR ORDER**<br><br>(ECF No. 65) |

I previously denied the defendant's motion to correct a purported clerical order in his judgment. Subsequently, the defendant sent a letter to Senior Judge Roger L. Hunt requesting his assistance in correcting his judgment. ECF No. 65. Senior Judge Hunt is no longer assigned to this case. I treat the defendant's letter as an objection or motion to reconsider my prior order. The defendant offers nothing new to cause me to change my prior order.

IT IS THEREFORE ORDERED that the defendant's objection/motion to reconsider my prior order **(ECF No. 65) is DENIED.**

Dated: January 2, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE