# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

## United States District Court
## for
## the District of Nevada

**PETITION FOR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

Name of Offender: **Michael Maiden**

Case Number:  **2:11CR00046**

Name of Sentencing Judicial Officer: **Honorable Roger L. Hunt**

Date of Original Sentence: **March 6, 2013**

Original Offense: **Unlawful Possession of a Firearm**

Original Sentence: **77 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **July 22, 2021**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

**PETITIONING THE COURT**

☒ To issue a summons:

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Do Not Unlawfully Use Controlled Substance** – The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually. Revocation is mandatory for refusal to comply.

   A. Maiden tested positive for methamphetamine on the following dates:

   November 4, 2021
   July 20, 2022

RE: Michael Maiden

Prob12C
D/NV Form
Rev. March 2017

    July 22, 2022

B. Maiden admitted to using methamphetamine on the following dates:

    February 23, 2022.
    March 15, 2022

C. On the following date Maiden has failed to report for drug testing.

    January 24, 2022
    February 22, 2022

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

    ☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **July 27, 2022**

Digitally signed by Javier Muruato-Cortez
Date: 2022.07.28 13:43:57 -07'00'

Javier Muruato
U.S. Probation Officer

Approved:

Digitally signed by Todd Fredlund
Date: 2022.07.27 17:10:08 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer

RE: Michael Maiden

Prob12C
D/NV Form
Rev. March 2017

## THE COURT ORDERS

- ☐ No Action.
- ☐ The issuance of a warrant.
- ☑ The issuance of a summons.
- ☐ Other:

_____
Signature of Judicial Officer

July 28, 2022
Date

RE: Michael Maiden

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. MICHAEL MAIDEN, 2:11CR00046

### SUMMARY IN SUPPORT OF PETITION FOR SUMMONS
### July 27, 2022

By way of case history, Michael Maiden was sentenced on March 6, 2013, to 77 months imprisonment, followed by 3 years of supervised release, for committing the offense of Unlawful Possession of a Firearm. Supervised release commenced on July 23, 2021.

On November 4, 2021 Maiden submitted a drug test which yielded positive results for methamphetamine. He denied use, but national contracted laboratory confirmed the test to be positive for methamphetamine. Maiden was verbally admonished, drug testing was increased, and he was referred to substance abuse treatment.

On February 1, 2022, Your Honor was notified of the above-noted violations, and no adverse action was recommended at the time. Your Honor concurred with the course of action.

On February 22, 2022, Maiden failed to report for drug testing. The undersigned officer verbally admonished Maiden and instructed him to submit to drug test on February 23. On February 23, 2022, Maiden tested positive for methamphetamine. Maiden admitted to the undersigned officer that he used methamphetamine prior to this test date. Maiden explained that because of his medical conditions, unable to secure steady employment, and deteriorating relationship with his girlfriend, he relapsed. Results returned negative from the national contracted laboratory.

In response, Maiden was mandated to participate in substance abuse and mental health treatment. Additionally, he was referred to employment services to assist with employment. Monitoring and drug testing was increased. On March 4, 2022, the Court was notified of these additional violations.

On March 15, 2022, Maiden tested positive for methamphetamine yet again. Maiden admitted to using methamphetamine prior to this test date. Maiden was instructed to discuss his relapse with treatment provider. Results returned negative from the national contracted laboratory.

On July 20, 2022, Maiden tested positive for methamphetamine. Maiden initially denied use but then admitted to the undersigned officer that he reused methamphetamine on July 19, 2022.

On July 22, 2022, Maiden reported to the probation office and submitted to a drug test which was positive for methamphetamine. Maiden admitted to the undersigned officer that he used methamphetamine once again on July 20, 2022, after he submitted to his drug test on that date. Maiden explained that he was still suffering with medical conditions and a new health concern he was notified of, and relapsed.

RE: Michael Maiden

Prob12C
D/NV Form
Rev. March 2017

Pursuant to 18 U.S.C. § 3583(g)(4), revocation is mandatory if person under supervision tests positive for illegal controlled substances more than 3 times over the course of 1 year. Since November 4, 2021, Maiden has tested positive for and/or admitted to using methamphetamine on at least five (5) separate occasions. Of significance, in the past week has used at least twice within a day or two. Maiden has a significate substance abuse history and appears to be spiraling. Maiden has an extensive criminal history resulting in a criminal history category of VI. Maiden's conviction is related to theft/forgery, robbery, drugs, and DUI. It appears his significant history of substance abuse fuels his criminal activity, which puts the community at risk. Maiden is a danger to himself and the community through his drug use. It is respectfully requested that a summons be issued so that revocation proceedings can be initiated.

Respectfully submitted,

Digitally signed by
Javier Muruato-Cortez
Date: 2022.07.28
13:43:33 -07'00'

Javier Muruato
U.S. Probation Officer

Approved:

Digitally signed by Todd Fredlund
Date: 2022.07.27 17:10:35 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer