# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Michael Maiden**

Case Number: **2:11CR00046**

Name of Sentencing Judicial Officer: **Honorable Roger L. Hunt**

Date of Original Sentence: **March 6, 2013**

Original Offense: **Unlawful Possession of a Firearm**

Original Sentence: **77 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **July 22, 2021**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Shall Not Commit Crime** - **The defendant shall not commit another federal state or local crime.**

   On or about August 21, 2022, Michael Maiden committed the offense of Lewdness with a Child Under 14 (5 counts), in violation of N.R.S. 201.230.2; Child Abuse or Neglect (3 counts), in violation of N.R.S. 200.508.1B1; and Attempted Sexual Assault against child under 14, in violation of N.R.S. 200.366.3C.

   On the above-noted date, officers with the Las Vegas Metropolitan Police Department (LVMPD) were dispatched to 6328 Miraloma Street, about a child molestation. The

RE: Michael Maiden

person who called the police stated that his 13-year old granddaughter (victim #1), and her 13-year old friend (victim #2), were given methamphetamine by his roommate, Michael Maiden. The person further reported that Maiden attempted to sexually assault them. During a forensic interview with both females, they disclosed Maiden persuaded them to ingest methamphetamine, exposed his penis to them and attempted to have victim #1 perform oral sex on him.

A Detective with the LVMPD Sexual Assault Juvenile Section conducted a forensic interview with both juveniles. The following information was gleaned from the forensic interviews.

Victim #1 reported the incident started on August 20, 2022, when she was in Maiden's bedroom and he offered her methamphetamine. Maiden pulled out a bag with white crystal methamphetamine inside. The victim reported that Maiden pressured her into using the methamphetamine and instructed her to sniff the methamphetamine through her nose, which she did. As the methamphetamine began to take effect, Maiden pulled out his cellular phone and showed her pornography from Porn Hub. Later, Maiden dropped his shorts and told the juvenile to perform oral sex on him. Maiden, while holding his penis, encouraged the juvenile to "suck it", but she refused. The victim reports that Maiden caressed and slapped her butt with his hand.

Later that morning (August 21, 2022), victim #2 sent a text to victim #1, seeing if she could come over to their residence. Upon victim #2 arriving, Maiden instructed her to come in through the window of his bedroom. Maiden touched her thigh and placed her on his bed. Maiden provided victim #2 with methamphetamine, which she reluctantly used. Victim #2 reported at some point Maiden showed both victims two bottles of lubricant and an adult sex toy. As time went on, Maiden attempted to remove her jeans and was able to undo her top bottom. She told him no and he returned to victim #1.

Victim #2 reported that Maiden exposed his penis to both. Victim #2 further reported that Maiden grabbed victim #1 by her shoulder and put his hand on her head, while he pushed her head towards his penis. Maiden yelled at victim #1 to give him "head" and to "suck the dick". Victim #2 pulled victim #1 back wherein victim #1 called Maiden a child predator and he asked them to leave his room. Victim #1 subsequently called her mother to report the incident.

Maiden denied the allegation and informed the investigating detective, that the victims were in his room, they had the methamphetamine and were engaging in sexual contact with each other. The detective noted that Maiden appeared to be under the influence of

RE: Michael Maiden

Prob12C
D/NV Form
Rev. March 2017

methamphetamine during their interview. A search of Maiden's bedroom revealed a credit card with white residue and two bottles of lubricant.

RE: Michael Maiden

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

⊠ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **August 23, 2022**

Digitally signed by Javier Muruato-Cortez
Date: 2022.08.23 12:02:50 -07'00'

Javier Muruato
U.S. Probation Officer

Approved:

Digitally signed by Todd Fredlund
Date: 2022.08.23 11:54:20 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer

*THE COURT ORDERS*

☐ No Action.
☑ The issuance of a warrant.
☐ The issuance of a summons.
☐ Other:

Signature of Judicial Officer

August 24, 2022
Date

RE: Michael Maiden

Prob12C
D/NV Form
Rev. March 2017

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
UNITED STATES V. MICHAEL MAIDEN,  2:11CR00046

**SUMMARY IN SUPPORT OF PETITION FOR WARRANT**
**August 23, 2022**

By way of case history, on July 28, 2022, a petition for summons (ECF No. 69) was filed alleging Maiden violated his release conditions by using methamphetamine on multiple occasions.

On August 11, 2022, Maiden appeared before the Honorable Magistrate Judge Daniel J. Albregts for his initial appearance. Maiden was permitted to remain at liberty under existing conditions of supervised release. Maiden's revocation hearing is scheduled for September 6, 2022.

Since then, as noted in this petition, Maiden is alleged to have committed a new crime. On the late night of August 20, 2022, and into the early morning hours of August 21, 2022, the victim, a 13-year-old granddaughter of Maiden's roommate, was in his bedroom. Maiden provided methamphetamine to her and had her sniff it. Maiden then showed her pornography on his phone, exposed himself to her, and told her to perform oral sex on him. The victim refused. The victim reports that Maiden caressed and slapped her butt with his hand.

Later that morning, the victims' friend, another 13-year-old, texted her to see if she could come over to their residence. Upon arriving, Maiden instructed the second victim to come in through the window of his bedroom. He touched her thigh and placed her on his bed. Maiden again provided methamphetamine to the victims. Maiden then attempted to remove both of their clothing. Maiden again exposed himself and told the first victim to have sex or perform oral sex with him, going so far as to putting his hands on her and pulling her towards him. The victim refused and pulled away. When they did not do as Maiden requested, Maiden got mad and told them to get out of his room.

The victims reported this to their mother and grandfather, Maiden's roommate. Maiden was told to leave the residence and the grandfather eventually contacted the Las Vegas Metropolitan Police Department (LVMPD).

On the afternoon of August 21, 2022, Maiden was located by LVMPD, taken into custody, and booked into the Clark County Detention Center. Maiden is awaiting court hearings for the above-mentioned charges. (Las Vegas Justice Court Case 22-CR-036884).

Maiden denied the allegation and informed the investigating detectives, that the victims were in his room, they had the methamphetamine and were engaging in sexual contact with each other.

Maiden has an extensive criminal history resulting in a criminal history category of VI. Maiden has a history of violent, theft, weapon, and drug related crimes. Maiden is a danger to the

RE: Michael Maiden

Prob12C
D/NV Form
Rev. March 2017

community as he recently tested positive for methamphetamine and has allegedly committed an egregious new law violation involving minors. It is respectfully recommended a warrant be issued so that revocation proceeding may be initiated. It is further recommended Maiden remain in custody pending revocation proceedings, as he is a danger to the community.

Respectfully submitted,

Digitally signed by Javier Muruato-Cortez
Date: 2022.08.23 12:04:30 -07'00'

Javier Muruato
U.S. Probation Officer

Approved:

Digitally signed by Todd Fredlund
Date: 2022.08.23 11:54:35 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer