RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Michael Maiden

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>MICHAEL MAIDEN,<br><br>         Defendant. | Case No. 2:11-cr-00046-APG-VCF-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Michael Maiden, that the Revocation Hearing currently scheduled on September 6, 2022 at 1:30 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      Upon information and belief, Mr. Maiden is currently in Nevada state custody pending state charges.  A continuance is necessary to determine whether Mr. Maiden will be transferred to federal custody for his revocation hearing.

2. Defense counsel needs additional time to discuss this case with Mr. Maiden, conduct investigation, and prepare for the revocation hearing if necessary.

3. Mr. Maiden is in custody and does not oppose this continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 2 day of September, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By *Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By */s/ Melanee Smith*<br>MELANEE SMITH<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL MAIDEN,<br><br>    Defendant. | Case No. 2:11-cr-00046-APG-VCF-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, September 6, 2022 at 1:30 p.m., be vacated and continued to December 14, 2022 at the hour of 9:00 a.m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this 6th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE

3