RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Michael Maiden

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL MAIDEN,<br><br>            Defendant. | Case No. 2:11-cr-00046-APG-VCF-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

 IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Michael Maiden, that the Revocation Hearing currently scheduled on February 22, 2023 at 2:30 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

 This Stipulation is entered into for the following reasons:

 1. Mr. Maiden is currently in Nevada state custody pending determination of his state case, and a continuance is necessary to ascertain the resolution of those matters.

 2. After resolution of the aforementioned state case, Mr. Maiden will need to be transferred to federal custody.

3. Additionally, defense counsel needs additional time to speak to Mr. Maiden regarding the allegations in the Petition and conduct investigation necessary for the revocation hearing.

4. Mr. Maiden is in custody and does not oppose this continuance.

5. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 16th day of February, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By *Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By */s/ Melanee Smith*<br>MELANEE SMITH<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL MAIDEN,<br><br>        Defendant. | Case No. 2:11-cr-00046-APG-VCF-1<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, February 22, 2022 at 2:30 p.m., be vacated and continued to May 2, 2023 at the hour of 11:00 a.m.; in Courtroom 6C or to a time and date convenient to the court.

    DATED this 19th day of February, 2023.

 

_____
UNITED STATES DISTRICT JUDGE

3