RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Michael Maiden

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL MAIDEN,<br><br>    Defendant. | Case No. 2:11-cr-00046-APG-VCF-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING (SEVENTH REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Michael Maiden, that the Revocation Hearing currently scheduled on November 30, 2023 at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel has requested mitigating documentation in preparation for the upcoming revocation hearing and needs additional time to receive said documents.

2. Defense counsel needs additional time to discuss this matter with Mr. Maiden and fully advise him on this matter.

3.  Mr. Maiden is in custody and agrees with the need to continue the hearing.

4.  The parties agree to the continuance.

This is the seventh request for a continuance of the revocation hearing.

DATED this 27th day of November, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By *Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By */s/ Melanee Smith*<br>MELANEE SMITH<br>Assistant United States Attorney |

2

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL MAIDEN,<br><br>        Defendant. | Case No. 2:11-cr-00046-APG-VCF-1<br><br>**ORDER** |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, November 30, 2023 at 9:00 a.m., be vacated and continued to February 7, 2024 at the hour of 10:00 a.m. in Courtroom 6C.

    No further extensions will be granted absent extraordinary circumstances.

DATED this 28th day of November, 2023.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE